BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
GREGORY GOMEZ, State Bar No. 242674
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3866
 Fax: (916) 324-5205

Attorneys for Defendants Elsberry, Griffith and Featherly
SA2006302746

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALLEN TURK,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**KNOWLES, et al.,**<br><br>　　　　　　　　　　　Defendants. | NO. 2:06-cv-0019 LKK PAN P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　Good cause appearing, Defendants are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' responses to Plaintiff's complaint shall be due on or before Wednesday, October 18, 2006.

DATED: September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14/turk0019.eot

1